Ex Parte Pesante.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 81.—Resuelto en enero 17, 1907.

Citación—Comparecencia de la Parte.—La comparecencia de la parte demandada en una acción ó procedimiento, subsana los defectos de que pueda adolecer su citación.

Este caso se resuelve por los fundamentos de la opinión emitida en el caso No. 79, *Ex Parte Hernández*, página 1.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Rossy, Fiscal.*

La parte apelada no compareció.

EL JUEZ ASOCIADO SR. MACLEARY emitió la opinión del tribunal.

El presente es un procedimiento promovido para acreditar el título de dominio de una parcela de terreno. Después de ser notificado el fiscal de la Corte de Distrito de Aguadilla, compareció y contestó, en nombre del Gobierno, á pesar del hecho de que el Gobernador no había sido citado, según prescribe la ley. Por este acto el fiscal renunció á toda reclamación contra cualquiera defecto que pudiera haber habido en la citación. El solamente alega un punto en oposición á la reclamación hecha por el demandante, y es un defecto en la descripción de la propiedad, cuyo título se trata de perfeccionar. Los límites y el área se describen con toda la precisión exigida por la ley hipotecaria. Este caso es idéntico al de *El Pueblo de Puerto Rico* contra *Agustín Hernández Mena,* resuelto esta mañana, y por las razones expresadas en la opinión de la corte emitida en el referido caso, debe confirmarse la resolución dictada por la corte inferior.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y Wolf.